NOT ORIGINAL
08/30/2023 10:23:2
81357-1

COMMONWEALTH OF KENTUCKY
BOONE CIRCUIT COURT
DIVISION _____
NO. _____

DONALD E. ADAMS, JR.                                                                PLAINTIFF

v.                                      **COMPLAINT**
                                   *(electronically filed)*

HOBBY LOBBY STORES, INC.                                                      DEFENDANT
Serve: Corporation Service Company
421 West Main Street
Frankfort, KY 40601

and

UNKNOWN DEFENDANTS                                                            DEFENDANT
Individually and in his/her official
capacities as employees of
Hobby Lobby Store #294
7932 Connector Drive
Florence, KY 41042
   *Serve by Warning Order Attorney*

\* \* \* \* \*

Comes the Plaintiff, Donald E. Adams, Jr., by counsel, and for his Complaint states as follows:

1. The Plaintiff, Donald E. Adams, Jr., is and was at all times mentioned herein a resident of the City of Berry, Harrison County, Kentucky.

2. The Defendant, Hobby Lobby Stores, Inc. (hereinafter "Hobby Lobby") is and was at all relevant times mentioned herein a foreign Limited Liability Company authorized to do business in Kentucky.

3. Unknown Defendants were agents, employees, or other individuals and or entities acting on behalf of Hobby Lobby Store #294, located at 7932 Connector Drive, Boone County, Florence, KY 41042 on the date of the subject injury.

4. The Hobby Lobby Store #294 located at 7932 Connector Drive, Boone County, Florence, KY 41042 is owned and operated by Hobby Lobby.

5. On or about October 31, 2022, Plaintiff was a business invitee of the Defendants.

NOT ORIGINAL DOCUMENT
08/30/2023 10:23:2
81357-1

6. Defendants had a duty to keep the store premises safe and to warn Plaintiff of any dangerous conditions they knew or should have known about.

7. On or about October 31, 2022, Defendants violated their duties and were negligent when they created and allowed an unreasonably dangerous condition to exist at the place and time of the above-mentioned accident.

8. Said negligence and carelessness and unreasonably safe condition resulted in Plaintiff's injuries and damages.

9. Unknown Defendants were acting within the scope of their employment with Hobby Lobby at all times mentioned herein.

10. The Defendants had sufficient time to discover and remedy said dangerous conditions prior to the injury but did not.

11. Defendant was negligent in hiring, training, supervision, and retention of Unknown Defendants.

12. As a direct and proximate result of the negligence and carelessness of the Defendants, the Plaintiff has suffered severe and permanent injuries and damages in an amount within the jurisdiction of this Court.

**WHEREFORE**, Plaintiff respectfully requests as follows:

1. Judgment against the Defendants, Hobby Lobby Stores, Inc. and Unknown Defendants, in an amount within the jurisdiction of this Court for the following:

    a. Past and future medical and care expenses;

    b. Past and future pain and suffering;

    c. Lost wages; and

    d. Diminished earning capacity;

2. For his costs herein expended, including a reasonable attorney fee for his attorneys, Siebert & Johnson, PLLC.

3. For interest as permitted by law on all sums awarded to Plaintiff including pre-judgment interest;

NOT ORIGINAL
08/30/2023 10:23:2
81357-1

4. For a trial by jury on all issues so presented.

5. Any and all other relief for which the Plaintiff may appear entitled.

        Respectfully submitted,

/s/ Vincent E. Johnson
Vincent E. Johnson
Jason Ellis
Siebert & Johnson, PLLC
2741 Brownsboro Road
Louisville, KY 40206
(502) 589-2246
Fax (502) 589-4488
*Counsel for Plaintiff*

David Martin, Boone Circuit Clerk
6025 Rogers Lane, Room 141
Burlington, KY 41005

RYAN DOWDY
6900 HOUSTON ROAD
BLDG. 600, SUITE 18
FLORENCE, KY 41042



NOT ORIGINAL

Generated: 08/01/2023

AOC-110 Doc Code: AWOA
Rev. 7-14

**Commonwealth of Kentucky
Court of Justice** Courts.Ky.gov

Rule CR 4.05; 4.07

**APPOINTMENT OF WARNING ORDER ATTORNEY**

Case Number: **23-CI-01032**
Court: **1**
County: **BOONE**
Division: **CIRCUIT**

Plantiff, **ADAMS, DONALD E JR VS. HOBBY LOBBY STORES, INC. ET AL**, Defendant

**UNKNOWN DEFENDANTS**

Warning Order Appointed For

Not later than fifty (50) days after the date of this Order, the above-named Defendant is warned to appear and answer the Complaint/Petition of the above-named Plaintiff filed against him/her.

**HON. RYAN DOWDY**

a regular practicing attorney of this Court, is appointed to correspond with the Defendant, and to inform him/her by mail concerning the pendency and nature of this action, and to file his/her report in the Clerk's Office of this Court within fifty (50) days after the date of this Order.

/s/ David Martin, Boone Circuit Clerk
Date: **07/31/2023**

FILED: CI 23-CI-01032 David Martin, Boone Circuit Clerk



Filed  23-CI-01032  07/31/2023  David Martin, Boone Circuit Clerk
Page 1 of 1

NOT ORIGINAL
08/30/2023 10:24:0
81357-1

COMMONWEALTH OF KENTUCKY
BOONE CIRCUIT COURT
DIVISION _____
NO. _____

DONALD E. ADAMS, JR.                                                   PLAINTIFF

v.               **AFFIDAVIT FOR APPOINTMENT<br>OF WARNING ORDER ATTORNEY**<br>*(electronically filed)*

HOBBY LOBBY STORES, INC.<br>AND UNKNOWN DEFENDANTS                          DEFENDANT

\* \* \* \* \* \*

Comes the Affiant, Vincent E. Johnson, and after being sworn states as follows:

1. Affiant is the attorney for Plaintiff herein and makes this Affidavit in support of the appointment of warning order attorney for the Unknown Defendants.

2. Affiant states that he has been unable to locate said Unknown Defendants as the names and places of residence of said Unknown Defendants are unknown to the undersigned Affiant.

3. Unknown Defendants were agents, employees, or others acting on behalf of Hobby Lobby Store #294, located at 7932 Connector Drive, Boone County, Florence, KY 41042 on the date of the subject injury.

4. Affiant states his ignorance of such facts as he does not know.

Further, Affiant sayeth not.

_____<br>Vincent E. Johnson

STATE OF KENTUCKY   )<br>                               )ss.:<br>COUNTY OF JEFFERSON )

Subscribed and sworn to before me by Vincent E. Johnson this 31st day of July, 2023.

My commission expires: Jan 12, 2024 .

_____<br>NOTARY PUBLIC

Filed                                       07/31/2023                David Martin, Boone Circuit Clerk

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br>**DOCUMENT**<br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **23-CI-01032** ORIGINAL<br>Court: **CIRCUIT**<br>County: **BOONE** 08/30/2023 10:24:<br>81357-1 |

*Plantiff,* **ADAMS, DONALD E JR VS. HOBBY LOBBY STORES, INC. ET AL**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
      **421 WEST MAIN STREET**
      **FRANKFORT, KY 40601**

Memo: Related party is HOBBY LOBBY STORES, INC.

The Commonwealth of Kentucky to Defendant:
**HOBBY LOBBY STORES, INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                        /s/ David Martin, Boone
                                        Circuit Clerk
                                        Date: **7/31/2023**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____


Summons ID: @90005506990
CIRCUIT: 23-CI-01032 Certified Mail
ADAMS, DONALD E JR VS. HOBBY LOBBY STORES, INC. ET AL

Page 1 of 1


eFiled



**Commonwealth of Kentucky**
**David Martin, Boone Circuit Clerk**

NOT ORIGINAL

08/30/2023 10:24:3

| Case #: 23-CI-01032 | Envelope #: 6359348 | |
|---|---|---|
| Received From: VINCENT JOHNSON | Account Of: VINCENT JOHNSON | 81357-1 |
| Case Title: ADAMS, DONALD E JR VS. HOBBY LOBBY STORES, INC, ET AL | Confirmation Number: 166377447 | |
| Filed On 7/31/2023  4:16:15PM | | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(eFiling Suspense account for Warning Order Attorneys) | $100.00 |
| 5 | Money Collected For Others(Postage) | $15.63 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Library Fee | $1.00 |
| 8 | Civil Filing Fee | $150.00 |
| 9 | Charges For Services(Copy - Photocopy) | $0.60 |
| 10 | Charges For Services(Copy - Photocopy) | $0.60 |
| 11 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | **$407.83** |



DAVID S. MARTIN
BOONE CIRCUIT/DISTRICT COURTS
BOONE COUNTY JUSTICE CENTER
6025 ROGERS LANE
BURLINGTON, KY 41005

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to: 23-CI-1032
Hobby Lobby -
erve! Corporation
service

9590 9402 8319 3094 2171 48

Article Number (Transfer from service label)
7589 0710 5270 0859 7538 57

Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Linda A. Smith
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
AUG 11 2023
DAVID S. MARTIN, CLERK
BY: _____ D.C.

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt